IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation, and SPIN MASTER TOYS UK LIMITED, a United Kingdom corporation,<br><br>Plaintiffs,<br><br>v.<br><br>5 STROKES, et al.<br><br>Defendants. | Case No. 23-cv-01501<br><br>**Judge John F. Kness**<br><br>**Magistrate Judge Maria Valdez** |

### PLAINTIFFS' RENEWED UNOPPOSED MOTION TO STRIKE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES [61]

Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited (collectively, "Spin Master" or "Plaintiffs") hereby moves this Honorable Court to strike Defendants Powcoo (No. 83), LovXine Direct (No. 61), Shantuo Direct (No. 99), QunYing US (No. 89), DaMei (No. 18), Mantyplay (No. 65), and SPOLUX (No. 106) (collectively the "Defendants") Answer and Affirmative Defenses to the Complaint [61] (the "Answer").

Pursuant to this Court's Order [22], Defendants were served on May 19, 2023, making its deadline to file a responsive pleading June 9, 2023. [26]. No responsive pleading was filed by the Defendants by June 9, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Defendants' Answer [61], filed on July 31, 2023, is not timely and should be stricken. Defendants did not seek leave of Court before filing its untimely Answer. Fed. R. Civ. P. 6(b)(1)(B) (Court may extend time for good cause on a motion made after the time has expired, if the party has failed to act because of excusable delay). *See also Calvin Klein Trademark Trust, et al. v. The Partnerships, et al.*, No. 15-cv-2224 (N.D. Ill. Apr. 28, 2015) (Docket Entry No. 42) (striking late-filed answer and

directing defendant to seek leave of Court).[1]  Likewise, Defendants' Answer does not provide any good cause for its delay in filing its Answer.

For the foregoing reasons, Spin Master requests that this Court strike Defendants' Answer and Affirmative Defenses to the Complaint [61].

Dated this 4th day of August 2023.          Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs*
*Spin Master Ltd. and Spin Master Toys UK Limited*

---

[1] The cited Order [42] is attached hereto as **Exhibit 1**.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of Electronic Filing" to the parties of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs*
*Spin Master Ltd. and Spin Master Toys UK Limited*