# Exhibit 1

Case 1:15-cv-02224 Document #: 48 Filed: 04/28/15 Page 1 of 1 PageID #:3026

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Calvin Klein Trademark Trust et al , Plaintiff(s), v. The Partnerships and Unincorporated Associations Identified on Schedule A, Defendant(s). | Case No. 15-cv-2224 Judge Sara L. Ellis |

## **ORDER**

(T:10) Motion hearing held. Plaintiffs' counsel appears. Plaintiffs' motion for entry of default and default judgment [35] is entered and continued to 5/12/2015 at 9:30 AM. Defendant's counsel is ordered to notice motion to vacate [39] for 5/12/2015 at 9:30AM. Jeffrey S. Firestone is ordered to appear on 5/12/2015 at 9:30AM. Answer [41] filed on behalf of Defendant BatteryBuying aka Aliexpress.com/store/208867 is stricken. Defendant BatteryBuying aka Aliexpress.com/store/208867 will need to seek leave of Court to file an answer to complaint.

Date: 4/28/2015                                              /s/ Sara L. Ellis