IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Spin Master, Ltd., et al., <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule A, <br><br> Defendants. | Case Number: 23-cv-1501 <br><br> Hon. John F. Kness |

**(OPPOSED) DEFENDANT Edsportshouse's MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant Edsportshouse ("Defendant"), by and through its undersigned counsel, and respectfully requests this Court extend the time by 21 days to file a response to the Complaint. In support of its motion, the Defendant states as follows:

1. This is the first motion for an extension of time filed by the Defendant.

2. The Defendant is in settlement negotiations with the Plaintiff.

3. The Defendant needs additional time to try and reach an agreement, or if not, respond to Plaintiff's Complaint.

4. This Court may, for good cause, extend the time by which Defendant's response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendant respectfully requests this Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to August 28, 2023.

6. Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff opposes Defendant's request given Plaintiff's motion for default judgment filed on July 28, 2023, and a briefing schedule could not be set.

WHEREFORE, for the foregoing reasons, Defendant Edsportshouse respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due 21 days to August 28, 2023.

August 7, 2023

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on August 7, 2023 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com