**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

|  |  |  |
|---|---|---|
| Spin Master, Ltd., et al., | ) ) ) ) ) | Case Number: 23-cv-1501 |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | ) ) ) | Hon. John F. Kness |
| Defendants. | | |

**AGREED-COUNSEL FOR DEFENDANT Edsportshouse's MOTION TO WITHDRAW**

NOW COMES Defendant Edsportshouse ("Defendant"), by and through its undersigned counsel, and hereby moves the Court for leave to withdraw the appearance of Christopher Keleher as its counsel pursuant to Local Rule 83.17. In support of this motion, Defendant states as follows:

1. The undersigned counsel filed an appearance for the Defendant on August 4, 2023. Doc. 70.

2. On September 6, 2023, the Defendant formally terminated the undersigned counsel. *See* Declaration of Defendant's manager, attached hereto.

3. The undersigned counsel has advised Defendant of its outstanding obligations regarding this litigation. *See* Declaration, attached hereto.

4. No trial date has been set for this matter.

5. The undersigned counsel has conferred with counsel for the Plaintiff, and Plaintiff's counsel does not oppose this Motion.

WHEREFORE, for the foregoing reasons, Defendant Edsportshouse respectfully requests this Honorable Court enter an Order: Granting the withdrawal of the undersigned counsel.

September 7, 2023                    Respectfully submitted,

<u>s/ Christopher Keleher</u>

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on September 7, 2023 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com