# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Spin Master Ltd., et al.

                                            Plaintiff,

v.                                                                             Case No.: 1:23−cv−01501

                                                                            Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2023:

      MINUTE entry before the Honorable John F. Kness: Motion by counsel to withdraw as attorney [84] is granted. Attorney Christopher Paul Keleher is withdrawn as counsel of record. Any appearance by substitute counsel on behalf of Defendant EDsportshouse must be filed on or before 9/18/2023. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.