**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation, and SPIN MASTER TOYS UK LIMITED, a United Kingdom corporation, | No. 23-cv-01501 |
| Plaintiffs, | Judge John F. Kness |
| v. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited (collectively, "Spin Master" or "Plaintiffs") and against all Defendants identified in the attached Schedule A who have not otherwise been dismissed from this action (collectively, the "Defaulting Defendants");

IT IS FURTHER ORDERED that:

1.     Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

        a.     using certain federally registered trademarks (the "RUBIK'S CUBE Trademarks"), or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine RUBIK'S CUBE product ("RUBIK'S CUBE Product"), or not

authorized by Plaintiffs to be sold in connection with the RUBIK'S CUBE Trademarks. The
RUBIK'S CUBE Trademarks pertinent to this Order are listed in the following chart:

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,242,974 | RUBIK'S CUBE | For: Puzzles in class 028. |
| 1,265,094 | | For: Three Dimensional Puzzles in class 028. |

        b.     passing off, inducing, or enabling others to sell or pass off any product as a
genuine RUBIK'S CUBE product or any other product produced by Plaintiffs, that is not Plaintiffs'
or not produced under the authorization, control, or supervision of Plaintiffs and approved by
Plaintiffs for sale under the RUBIK'S CUBE Trademarks;

        c.     committing any acts calculated to cause consumers to believe that
Defaulting Defendants' products are those sold under the authorization, control, or supervision of
Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

        d.     further infringing the RUBIK'S CUBE Trademarks and damaging
Plaintiffs' goodwill; and

        e.     manufacturing, shipping, delivering, holding for sale, transferring, or
otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner,
products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold

or offered for sale, and which bear any of Plaintiffs' trademarks, including the RUBIK'S CUBE Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof.

2.     Upon Plaintiffs' request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), DHgate.com ("DHgate"), and ContextLogic Inc. d/b/a Wish.com ("Wish.com"), (collectively, the "Third Party Providers") shall, within ten (10) business days of receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the RUBIK'S CUBE Trademarks.

3.     Under 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) as listed in the chart below:

| No. | Name / Seller Alias |
|-----|---------------------|
| 3 | A2Q3T8QC07YS6Z |
| 7 | Beoneself |
| 8 | BFSJAG |
| 12 | Buzkkoy |
| 15 | CJVHAD |
| 17 | CYFSYXGS |
| 19 | DFLONG |
| 21 | DONGQing2312 |
| 29 | FEEL LOVE - SOUFEEL |
| 33 | goharu |
| 38 | hhy |
| 39 | hiweizelinshangmaoyouxiangongsi |
| 40 | Hookdan |
| 44 | HuiTengshidai |
| 46 | itbagstyle |

| 52 | jinjiangfupimaoyiyouxiangongsi |
|-----|--------------------------------|
| 53 | Jo Brya |
| 56 | KYHUI  STORE |
| 57 | laotongdong |
| 59 | lin jian art shop |
| 60 | liyanghu20221 |
| 64 | mahuajiedidian |
| 66 | Maryviya |
| 67 | MaudSmed06 |
| 68 | MODEXIAN |
| 71 | NCAI |
| 76 | party sulution |
| 78 | pengbao123 |
| 86 | QinHangdian |
| 87 | QINOON |
| 94 | Rstjkbe |
| 97 | SALEPO |
| 100 | Shengshou Direct |
| 101 | sheswenly |
| 102 | SHJ888 |
| 103 | SHOP-CX |
| 104 | Shopping LIfes |
| 108 | Szenest |
| 109 | TaLeKiKi |

4.     Under 15 U.S.C. § 1117(a), Plaintiffs are awarded profits from each of the

Defaulting Defendants indicated in the below chart in the following amounts:

| No. | Name / Seller Alias | Infringing Product Revenue |
|-----|---------------------|----------------------------|
| 1 | 5 STROKES | $180,637.08 |
| 10 | BRICKKIDS | $117,944.08 |
| 24 | EDsportshouse | $1,476,117.55 |
| 31 | Giganticstore | $765,245.67 |
| 34 | GRAWUN | $177,790.43 |
| 55 | KIDSBETT | $108,190.41 |
| 70 | NANASHouse | $773,715.19 |
| 75 | Original Color US | $455,071.96 |
| 96 | RYKEJI | $172,201.76 |
| 107 | SweFuncy | $1,536,801.56 |

4

5.      Plaintiffs may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiffs used to serve the Temporary Restraining Order on the Third Party Providers.

6.      Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

7.      All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are hereby released to Plaintiffs as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are ordered to release to Plaintiffs the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8.      Until Plaintiffs have recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Amazon Pay, Esty, and DHgate, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Third Party Providers, including PayPal,

eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay shall within seven (7) calendar days:

       a.     locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Chris Harrs, and any e-mail addresses provided for Defaulting Defendants by Third Party Providers;

       b.     restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

       c.     release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiffs as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

       9.     In the event that Plaintiffs identify any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Chris Harrs and any e-mail addresses provided for Defaulting Defendants by third parties.

       10.     The bond posted by Plaintiffs in the amount of $10,000 is hereby ordered released by the Clerk to Plaintiffs or Plaintiffs' counsel.

**This is a Final Judgment.**

SO ORDERED in No. 23-cv-01501.

Date: October 4, 2023

                                          JOHN F. KNESS
                                          United States District Judge

**Spin Master Ltd., a Canadian corporation, et al. v. The Partnerships and
Unincorporated Associations Identified on Schedule "A",
Case No. 23-cv-01501**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| **No.** | **URL** | **Name / Seller Alias** |
| 1 | amazon.com/sp?seller=A2VZRJ1IB9CN56 | 5 STROKES |
| 2 | DISMISSED | DISMISSED |
| 3 | amazon.com/sp?seller=A2Q3T8QC07YS6Z | A2Q3T8QC07YS6Z |
| 4 | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED |
| 6 | DISMISSED | DISMISSED |
| 7 | amazon.com/sp?seller=A1WOIVGC5E5YJJ | Beoneself |
| 8 | amazon.com/sp?seller=A3HT7O2WCSNHZ7 | BFSJAG |
| 9 | DISMISSED | DISMISSED |
| 10 | amazon.com/sp?seller=A1IFK6YNSGBY1 | BRICKKIDS |
| 11 | DISMISSED | DISMISSED |
| 12 | amazon.com/sp?seller=A1VP6CLGBW2DRD | Buzzkkoy |
| 13 | DISMISSED | DISMISSED |
| 14 | DISMISSED | DISMISSED |
| 15 | amazon.com/sp?seller=AVCXID1S57636 | CJVHAD |
| 16 | DISMISSED | DISMISSED |
| 17 | amazon.com/sp?seller=A14H4A9E49MZ99 | CYFSYXGS |
| 18 | DISMISSED | DISMISSED |
| 19 | amazon.com/sp?seller=A23YB60SNK7YKH | DFLONG |
| 20 | DISMISSED | DISMISSED |
| 21 | amazon.com/sp?seller=A2271SXW3R0BLY | DONGQing2312 |
| 22 | DISMISSED | DISMISSED |
| 23 | DISMISSED | DISMISSED |
| 24 | amazon.com/sp?seller=A1V9UDE9P6LJ5M | EDsportshouse |
| 25 | DISMISSED | DISMISSED |
| 26 | DISMISSED | DISMISSED |
| 27 | DISMISSED | DISMISSED |
| 28 | DISMISSED | DISMISSED |
| 29 | amazon.com/sp?seller=A3GFC1OS999BJZ | FEEL LOVE - SOUFEEL |
| 30 | DISMISSED | DISMISSED |
| 31 | amazon.com/sp?seller=A1D4RX3CYHBM8W | Giganticstore |
| 32 | DISMISSED | DISMISSED |
| 33 | amazon.com/sp?seller=AHX48A6M7V35W | goharu |

| 34 | amazon.com/sp?seller=A2W5H07L323PES | GRAWUN |
|---|---|---|
| 35 | DISMISSED | DISMISSED |
| 36 | DISMISSED | DISMISSED |
| 37 | DISMISSED | DISMISSED |
| 38 | amazon.com/sp?seller=A9CPXCUSFPRR9 | hhy |
| 39 | amazon.com/sp?seller=AS158G7O265YC | hiweizelinshangmaoyouxiangongsi |
| 40 | amazon.com/sp?seller=AYRAHMXV1S3UP | Hookdan |
| 41 | DISMISSED | DISMISSED |
| 42 | DISMISSED | DISMISSED |
| 43 | DISMISSED | DISMISSED |
| 44 | amazon.com/sp?seller=A227XK1QWMQRCP | HuiTengshidai |
| 45 | DISMISSED | DISMISSED |
| 46 | amazon.com/sp?seller=A35MJMZ5XL12ID | itbagstyle |
| 47 | DISMISSED | DISMISSED |
| 48 | DISMISSED | DISMISSED |
| 49 | DISMISSED | DISMISSED |
| 50 | DISMISSED | DISMISSED |
| 51 | DISMISSED | DISMISSED |
| 52 | amazon.com/sp?seller=A2AGU4VQSY1EG5 | jinjiangfupimaoyiyouxiangongsi |
| 53 | amazon.com/sp?seller=A3N823D1ZLEF9Q | Jo Brya |
| 54 | DISMISSED | DISMISSED |
| 55 | amazon.com/sp?seller=ACNCFCIR9WW2B | KIDSBETT |
| 56 | amazon.com/sp?seller=A19YJNVGRE22X9 | KYHUI STORE |
| 57 | amazon.com/sp?seller=A25VKZ5HWQ4ND4 | laotongdong |
| 58 | DISMISSED | DISMISSED |
| 59 | amazon.com/sp?seller=A2PX8ZRLAB8263 | lin jian art shop |
| 60 | amazon.com/sp?seller=A1TIN35PXDKI12 | liyanghu20221 |
| 61 | DISMISSED | DISMISSED |
| 62 | DISMISSED | DISMISSED |
| 63 | DISMISSED | DISMISSED |
| 64 | amazon.com/sp?seller=A3HIT5J4W90AJQ | mahuajiedidian |
| 65 | DISMISSED | DISMISSED |
| 66 | amazon.com/sp?seller=A2CZGLBH4NSHD1 | Maryviya |
| 67 | amazon.com/sp?seller=A3Q76D09NV37NT | MaudSmed06 |
| 68 | amazon.com/sp?seller=A3H12KMDDE43PB | MODEXIAN |
| 69 | DISMISSED | DISMISSED |
| 70 | amazon.com/sp?seller=ADNCTDIOC1EGN | NANASHouse |
| 71 | amazon.com/sp?seller=A2DD5EAAARVB3E | NCAI |
| 72 | DISMISSED | DISMISSED |
| 73 | DISMISSED | DISMISSED |
| 74 | DISMISSED | DISMISSED |

| 75 | amazon.com/sp?seller=A1I0C84NVN32XL | Original Color US |
|-----|-------------------------------------|-------------------|
| 76 | amazon.com/sp?seller=ABT8JBKM51B3W | party sulution |
| 77 | DISMISSED | DISMISSED |
| 78 | amazon.com/sp?seller=A2LTNJTG19GX20 | pengbao123 |
| 79 | DISMISSED | DISMISSED |
| 80 | DISMISSED | DISMISSED |
| 81 | DISMISSED | DISMISSED |
| 82 | DISMISSED | DISMISSED |
| 83 | DISMISSED | DISMISSED |
| 84 | DISMISSED | DISMISSED |
| 85 | DISMISSED | DISMISSED |
| 86 | amazon.com/sp?seller=A3JDR7B5AJX551 | QinHangdian |
| 87 | amazon.com/sp?seller=A1763YIMSAWL9Y | QINOON |
| 88 | DISMISSED | DISMISSED |
| 89 | DISMISSED | DISMISSED |
| 90 | DISMISSED | DISMISSED |
| 91 | DISMISSED | DISMISSED |
| 92 | DISMISSED | DISMISSED |
| 93 | DISMISSED | DISMISSED |
| 94 | amazon.com/sp?seller=A39UI24CFL5FND | Rstjkbe |
| 95 | DISMISSED | DISMISSED |
| 96 | amazon.com/sp?seller=A1WFOHRQWQV02A | RYKEJI |
| 97 | amazon.com/sp?seller=A1EB4U0JL4PGPN | SALEPO |
| 98 | DISMISSED | DISMISSED |
| 99 | DISMISSED | DISMISSED |
| 100 | amazon.com/sp?seller=A2JFSWYY3ZRTWW | Shengshou Direct |
| 101 | amazon.com/sp?seller=AT4VSKID88C17 | sheswenly |
| 102 | amazon.com/sp?seller=ARWESBXQ8ZTV9 | SHJ888 |
| 103 | amazon.com/sp?seller=A291U5EFMPBY5C | SHOP-CX |
| 104 | amazon.com/sp?seller=A3620SFN9OKAIV | Shopping LIfes |
| 105 | DISMISSED | DISMISSED |
| 106 | DISMISSED | DISMISSED |
| 107 | amazon.com/sp?seller=A1Y8EY9LEIVBPF | SweFuncy |
| 108 | amazon.com/sp?seller=A18ON9ZWVHU86T | Szenest |
| 109 | amazon.com/sp?seller=A166GLDPEII90Q | TaLeKiKi |
| 110 | DISMISSED | DISMISSED |